# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 19-08498-JLS (SK) | Date | April 23, 2020 |
|---|---|---|---|
| Title | Lilian Yiu v. Andrew Saul | | |

Present: The Honorable   Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE**

On October 2, 2019, Plaintiff filed a complaint challenging Defendant's denial of social security benefits. (ECF 1). On October 4, 2019, the Court issued an "Order Re: Procedures in Social Security Appeal," which instructed Plaintiff to provide government counsel with her portion of the joint submission 35 days from the filing of the answer. (ECF 9). On March 16, 2020, Defendant filed the answer. (ECF 16). But according to "Defendant's Notice of Non-Compliance With Case Management Order," Plaintiff has failed to provide the government with her portion of the joint submission by the deadline of April 20, 2020. (ECF 18).

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** on or before **May 7, 2020**, why this action should not be dismissed for failure to prosecute and obey court orders. Plaintiff may discharge this Order to Show Cause by submitting her portion of the Joint Submission to Defendant by no later than May 7, 2020 and submitting a notice to the Court within 48 hours that she has timely done so. Alternatively, the parties may stipulate to an extension of time for Plaintiff to submit her portion of the Joint Submission, in which case this Order to Show Cause may be discharged by the filing of the stipulation and proposed order for that extension by no later than May 7, 2020.

**Plaintiff is advised that the failure to comply with and file a timely response to this Order may result in this action being involuntarily dismissed.** See Fed. R. Civ. P. 41(b); L.R. 41-1. If Plaintiff wishes to voluntarily dismiss this action, he may do so by filing the attached notice of voluntary dismissal (CV-09).